IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13587-BB

_____

ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED,
ABSOLUTE EAST WEST FUND LIMITED,
ABSOLUTE EAST WEST MASTER FUND LIMITED,
ABSOLUTE EUROPEAN CATALYST FUND LIMITED,
ABSOLUTE GERMANY FUND LIMITED, et al.,

                                                              Plaintiffs-Appellees,

versus

SUSAN ELAINE DEVINE,

                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: JORDAN, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

Appellant's "Motion to Stay District Court's Order Pending Appeal" is DENIED, as she has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761 (2009).

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.